**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:21-cv-21171-UU

WHITESOURCE SOFTWARE, INC.,

    Plaintiff,

v.

MICHAEL COSCINA

    Defendant.

_____/

**ORDER GRANTING TEMPORARY RESTRAINING ORDER**

THIS CAUSE is before the Court on Magistrate Judge Lisette M. Reid's Report ant Recommendation ("Report").  D.E. 12.  On March 29, 2021, this Court referred Plaintiff's Motion for Temporary Restraining Order, D.E. 5 ("Motion"), to Magistrate Judge Reid to determine whether Court should enter a temporary restraining order in this case.  D.E 8.  On April 2, 2021, Magistrate Judge Reid issued the Report recommending that this Court grant the Motion and enjoin Defendant from using or disclosing Plaintiff's confidential information and trade secrets, from disclosing or soliciting Plaintiff's clients and prospective clients, and require Defendant to return all correspondence, files, and tangible and/or intangible assets and other of Plaintiff's property to Plaintiff upon the issuance of a temporary restraining order.  Report at 2.  While 14 days have not elapsed since the issuance of the Report, the Court has reviewed the report *de novo* and concurs in its analysis and recommendations.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 12, is RATIFIED, ADOPTED, and AFFIRMED.  It is further

ORDERED AND ADJUDGED that the Motion, D.E. 5, is GRANTED. Defendant Michael Coscina is ENJOINED from: (1) using or disclosing WhiteSource's confidential information and trade secrets; and (2) disclosing or soliciting WhiteSource's clients and prospective clients.  It is further

ORDERED AND ADJUDGED that Defendant Michael Coscina shall RETURN all correspondence, files, and tangible and/or intangible assets and other WhiteSource property to WhiteSource upon receipt of this Order.

DONE AND ORDERED in Chambers in Miami, FL this _5th_ day of April 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record via CM/ECF